[No. 11871-1-III.   Division Three.   April 1, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT
C. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 91-1-00394-8, Fred L. Stewart, J., entered September 20, 1991. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Munson and Sweeney, JJ.

[No. 11815-1-III.   Division Three.   April 1, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. RUSSELL LEROY JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-00127-3, Robert N. Hackett, Jr., J., entered August 2, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Thompson, A.C.J., concurred in by Munson and Sweeney, JJ.

[No. 10376-5-III.   Division Three.   April 1, 1993.]

CHRISTINE F., *Appellant,* v. SPOKANE COUNTY,
*Respondent.*

Appeal from a judgment of the Superior Court for Lincoln County, No. 88-2-00018-3, Philip W. Borst, J., entered October 10, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Sweeney, J.